USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__11/16/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

UNITED STATES OF AMERICA                                  :
                                                         :
                  -against-                              :
                                                         :          21-CR-692 (VEC)
                                                         :
JUAN FELIPE SANTIBANEZ, OSCAR HENAO                      :          ORDER
MONTOYA, REHINNER MONTOYA-GARCIA,                        :
and OLMES DURAN-IBARGUEN                                 :
                                    Defendants.          :
                                                         :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the Government must be prepared with an update on the

extradition status of Olmes Duran-Ibarguen at the November 17, 2023, status conference.


SO ORDERED.

Date:   November 16, 2023                          _____
        New York, NY                                    **VALERIE CAPRONI**
                                                        **United States District Judge**