USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/14/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
　　　　-against- : 21-CR-692 (VEC)
:
REHINNER ANTONIO MONTOYA GARCIA. : ORDER
:
　　　　　　　　　　　　　　Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

　　WHEREAS on June 13, 2024, the parties requested that the Court schedule a change-of-plea hearing in this matter.

　　IT IS HEREBY ORDERED that the change-of-plea hearing in this matter will be held on **Tuesday, June 18, 2024, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date:  June 14, 2024**　　　　　　　　　　　　　　　　　_____
　　　　**New York, NY**　　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**