**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

October 7, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2024

**BY ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Rehinner Montoya Garcia,
      21 Cr. 692 (VEC)**

Dear Judge Caproni:

   I write to request that the Court adjourn Mr. Montoya Garcia's sentencing, which is currently scheduled for October 30, by approximately 45 days. I make this request because the draft PSR is not yet available and because I am still in the process of gathering the materials necessary to represent Mr. Montoya effectively at sentencing.

   The government has no objection to this request.

Respectfully submitted,
/s/
_____

Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

CC:   AUSA David Robles

---

Application GRANTED. Mr. Montoya Garcia's sentencing, currently scheduled for October 30, 2024, is ADJOURNED to **Thursday, December 12, 2024, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. Sentencing submissions are due **November 27, 2024**.

SO ORDERED.

*[signature]* 10/8/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE