**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

# MEMO ENDORSED

November 27, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2024

**BY ECF AND EMAIL**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Rehinner Montoya Garcia,**
      **21 Cr. 692 (VEC)**

Dear Judge Caproni:

I write to request that the Court accept the redactions I have made to Mr. Montoya's sentencing memorandum, which was filed today by ECF. These redactions are intended to protect the privacy of minor children, in keeping with the District's privacy policy, and to protect the identity of a DEA confidential source discussed in the memorandum. The government consents to these redactions.

Respectfully submitted,
/s/

Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

CC:   AUSA David Robles

---

Application GRANTED.

SO ORDERED.

*/s/ Valerie Caproni*
12/2/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE