UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                              :

UNITED STATES OF AMERICA               :

                      -against-                    :        21-CR-692 (VEC)

REHINNER ANTONIO MONTOYA GARCIA.   :        <u>ORDER</u>

                      Defendant.    :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 27, 2024, the Government filed a sentencing submission in this matter, Section I.E. of which referenced text messages between Mr. Montoya Garcia and a confidential source ("CS-3"). *See* Dkt. 113 at 7–8;

    WHEREAS the Government offered to make the text messages available to the Court at its request. *Id*. at 8 n.6; and

    WHEREAS the Government's sentencing submission also mentioned an incident that occurred in the U.S. Marshal's cellblock on August 15, 2023. *Id*. at 12 n.8.

    IT IS HEREBY ORDERED that, not later than **Monday, December 9, 2024**, the Government must provide the Court with copies of the text messages referenced in Section I.E. of its sentencing submission. The text messages must be translated into English. To the extent it is not clear on the face of the messages, the Government must also provide any information in its possession about the dates on which the text messages were sent.

    IT IS FURTHER ORDERED that, not later than **Monday, December 9, 2024**, the Government must provide the Court with a copy of the incident report from August 15, 2023.

**SO ORDERED.**

Date:  **December 5, 2024**
       **New York, NY**

_____
       **VALERIE CAPRONI**
       **United States District Judge**